EXHIBIT A

# EXHIBIT A

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT IN AND FOR MARTIN COUNTY, FLORIDA

CARMEN RODRIGUEZ-TORO,

    Plaintiff,

vs.

Case No: 21000216CAAXMX

CUMBERLAND FARMS, INC., a foreign profit corporation, and COCA-COLA BEVERAGES FLORIDA, LLC, a foreign limited liability company,

    Defendants.
_____/

## COMPLAINT

Plaintiff, CARMEN RODRIGUEZ-TORO, sues Defendants, CUMBERLAND FARMS, INC. (hereinafter "CUMBERLAND FARMS"), a foreign profit corporation, and COCA-COLA BEVERAGES FLORIDA, LLC, a foreign limited liability company (hereinafter "COCA-COLA"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Martin County, Florida.

4. On or about April 24, 2018, Defendant, CUMBERLAND FARMS, was the owner and in possession of the premises at 6521 Southeast Federal Highway in Stuart, Martin County, Florida, which Defendant operates as a gas station and convenience store.

Served this _____ day of *March* 20 *21* at _____ A.M. / _____ P.M.
By _L.B. Schoenfeld_
L.B. Schoenfeld
Certified Process Server
2nd Judicial Circuit, I.D. # 126

5. At that time and place, Plaintiff, CARMEN RODRIGUEZ-TORO, was an invitee lawfully on the premises described above.

6. At that time and place, a vendor and COCA-COLA employee was unloading and stacking crates of merchandise near the store's entrance/exit.

7. At that time and place, Plaintiff, CARMEN RODRIGUEZ-TORO, was exiting the store when several crates fell over and landed on her person.

### COUNT I – NEGLIGENCE CLAIM AGAINST CUMBERLAND FARMS

8. Paragraphs 1-7 are incorporated herein.

9. Defendant, CUMBERLAND FARMS, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

10. Specifically, Defendant, CUMBERLAND FARMS, negligently:

   a) Failed to exercise due care to maintain the premises in a safe condition;

   b) Failed to provide and maintain a safe area for vendors unloading merchandise on the premises;

   c) Allowed a vendor to unload crates of merchandise near the store's entrance/exit;

   d) Allowed a vendor to stack crates of merchandise in an unsafe manner near the store's entrance/exit;

   e) Created a dangerous condition near the store's entrance/exit;

 f) Failed to provide a safe means of ingress / egress for invitees on the premises;

 g) Allowed a dangerous condition to remain on the premises for an unreasonable length of time; and

 h) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

11. Defendant, CUMBERLAND FARMS, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

12. Defendant, CUMBERLAND FARMS, had actual or constructive notice of the dangerous condition.

13. As the direct and proximate result of the negligence of Defendant, CUMBERLAND FARMS, Plaintiff, CARMEN RODRIGUEZ-TORO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, CARMEN RODRIGUEZ-TORO, demands judgment for damages against Defendant, CUMBERLAND FARMS.

### COUNT II – NEGLIGENCE CLAIM AGAINST COCA-COLA

14. Paragraphs 1-7 are incorporated herein.

15. At all times material hereto, the vendor described herein was an employee of Defendant, COCA-COLA.

16. At all times material hereto, the employee described herein was acting in the course and scope of his employment with Defendant, COCA-COLA.

17. Defendant, COCA-COLA, is vicariously liable for its employee's negligence in the course and scope of his employment.

18. At that time and place, the COCA-COLA employee had a duty to perform his work in a safe manner, to use due care while unloading merchandise, to warn of any dangerous conditions, and to otherwise use reasonable care under the circumstances. The COCA-COLA employee breached all of these duties.

19. Specifically, the employee of Defendant, COCA-COLA, negligently:

   a) Failed to use due care while unloading merchandise;

   b) Failed to unload merchandise in a safe manner;

   c) Stacked crates of merchandise in an unsafe manner;

   d) Failed to ensure that stacked crates of merchandise were structurally sound;

   e) Created a dangerous condition near the store's entrance/exit;

   f) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition; and

   g) Otherwise failed to use reasonable care under the circumstances.

20. As the direct and proximate result of the negligence of the COCA-COLA employee, Plaintiff, CARMEN RODRIGUEZ-TORO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment,

and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, CARMEN RODRIGUEZ-TORO, demands judgment for damages against Defendant, COCA-COLA.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 25th day of February, 2021.

> By: s/ Juan Asconape
> **JUAN ASCONAPE**
> Attorney Email: jasconape@schwedlawfirm.com
> **Eservice Email: eservice@schwedlawfirm.com**
> Bar Number: 0073731
> Attorneys for Plaintiff
> Schwed, Adams & McGinley, P.A.
> 7111 Fairway Drive, Suite 105
> Palm Beach Gardens, Florida 33418
> Telephone: (561) 694-6079

Facsimile: (5